IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDDIE LEE TYSON, III
    Petitioner,

vs.                                              Case No. 5:23cv173/MCR/MAL

KEVIN PISTRO, WARDEN,
    Respondent.
                             /

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a petition for writ of habeas corpus on June 22, 2023. ECF No. 2. On June 26, 2023, the undersigned entered an order directing Petitioner to file an amended petition on the proper court form along with two (2) service copies thereof and to either pay the $5.00 filing fee or file a motion to proceed in forma pauperis. ECF No. 4. Petitioner was instructed to comply on or before July 27, 2023, and he was warned that failure to timely comply with an order of the Court would result in a recommendation of dismissal of this case. Petitioner paid the $5.00 filing fee and filed an amended petition (ECF Nos. 5, 6) but he has not submitted service copies of the amended petition, as instructed.

On July 28, 2023, the Court issued an order directing Petitioner to show cause why this case should not be dismissed for Petitioner's failure to comply with a court order. ECF No. 7. The order provided that the show cause order would be discharged

if Petitioner complied with the June 26, 2023 order by submitting service copies of the amended petition on or before August 11, 2023. Petitioner was again warned that failure to comply would result in a recommendation of dismissal of this case. Notwithstanding this admonition, Petitioner has not complied.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of this case, the petition should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1. Petitioner's amended petition under 28 U.S.C. § 2241 (ECF No. 5) be **DISMISSED** without prejudice.

2. The clerk be directed to close the case file.

At Gainesville, Florida on August 23, 2023.

                                                             s/ *Midori A. Lowry*
                                                             Midori A. Lowry
                                                             United States Magistrate Judge

## **NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.